In the Matter of the Petition of CATHERINE KING, as Administratrix of the Estate of ELIZABETH NAGLE, Deceased, for Discovery of Assets. CATHERINE KING, as Administratrix, etc., Appellant; JENNIE KOHL, Respondent.— Decree of the Surrogate's Court of Kings county decreeing respondent to be the owner of

certain securities under gift *inter vivos* unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.